**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-56552 |
| | : | |
| KOLBERG, PAUL G | : | Chapter 7 |
| KOLBERG, REBECCA J | : | |
| Debtor. | : | Judge C. Kathryn Preston |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1.30 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | 3A | 1.30 |

| | |
|---|---|
| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
| $1.30 | $0.00 |

Dated: September 13, 2011        /s/ David M. Whittaker
                               David M. Whittaker, Trustee   (0019307)
                               BRICKER & ECKLER LLP
                               100 South Third Street
                               Columbus, OH  43215
                               Phone:  (614) 227-2355
                               Fax:  (614) 227-2390
                               Email:  dwhittaker@bricker.com

cc:     United States Trustee

4806030v1

| Claim 000003A, Payment 19.7869% | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
| Internal Revenue Service | DAVID M. WHITTAKER, CH 7 TRUSTEE    32-1/1110 TX | **106** |
| P.O. Box 21126 | 100 SOUTH THIRD STREET    0 | |
| Philadelphia, PA 19114-0326 | COLUMBUS, OH 43215 | DATE    AMOTH |

DATE: 09/13/11    AMOUNT: ***********1.30

**2592513**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-56552   CKP | Debtor: KOLBERG, PAUL G |
| | Joint Debtor: KOLBERG, REBECCA J |

Clerk, United States Bankruptcy Court
170 North High Street
Columbus OH 43215

*One Dollar And 30/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000106⑈ ⑆111000012⑆ 4437792110⑈

---

| Date: 09/13/11 | Check Number: 106 | Amount: 1.30 |
|---|---|---|
| Case Number: 10-56552   CKP | | |
| Debtor Name: KOLBERG, PAUL G | | |

| Paid To: | Clerk, United States Bankruptcy Court<br>170 North High Street<br>Columbus OH 43215 | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description:   Claim 000003A, Payment 19.7869%   Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Bank Account Number:   4437792110